# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TIERRE MOORE,**                                                                                        **PLAINTIFF**
Reg. # 16431-028

v.                       **CASE NO. 2:22-cv-00082-BSM**

**JOHN P. YATES,** *et al.*                                                                  **DEFENDANTS**

## ORDER

Tierre Moore has not paid the $402 filing fee or filed a motion to proceed *in forma pauperis*, and the time to do so has passed. *See* Doc. No. 4. Accordingly, his complaint is dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal is would not be taken in good faith.

IT IS SO ORDERED this 14th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE