## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**TIERRE MOORE,**  **PLAINTIFF**
Reg. # 16431-028

v.      CASE NO. 2:22-cv-00082-BSM-JTK

**JOHN P. YATES,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE